United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-12420-amc
James W. Ryan, Jr.                                                    Chapter 13
Joyel Ryan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: dlv            Page 1 of 2            Date Rcvd: Apr 24, 2018
                              Form ID: 309I        Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2018.
```
db/jdb         +James W. Ryan, Jr.,   Joyel Ryan,   38 Green Lynne Drive,   Levittown, PA 19057-3223
14089528        AR Resources, Inc.,    PO Box 1056,   Blue Bell, PA 19422-0287
14089525        Akron Billing Center,   3585 Ridge Park Dr,   Akron, OH 44333-8203
14089526        Alltran Financial LP,   P.O. Box 610,   Sauk Rapids, MN 56379-0610
14089527       +Angie Thapoung,   Manager, Asset Recovery,   3 Friends Lane,   Newtown, PA 18940-3426
14089534       +Comprehensive Care Medical Assoc,   1205 Langhorne Newtown Rd, Ste 309,
                 Langhorne, PA 19047-1222
14089536       +Convergent Outsourcing/Verizon Wireless,   800 SW 39th St,   Renton, WA 98057-4975
14089537        Credit Services/Retro Fitness,   Lanesuite 200,   Piscataway, NJ 08854
14089538        Dynamic Recovery Services,   P.O. Box 25759,   Greenville, SC 29616-0759
14089540       +Elan Financial ServicesVacation Break,   P.O. Box 108,   St Louis, MO 63166-0108
14089541        Emergency Care Services Of PA, P.C.,   PO Box 740021,   Cincinnati, OH 45274-0021
14089542       +Emergency Services of Lower Bucks,   501 BAth Road,   Bristol, PA 19007-3101
14089546        Illinois Tollway,   P.O. Box 5544,   Chicago, IL 60680-5544
14089549        Joseph J Devenuto Jr PC,   485 North Main St,   Doylestown, PA 18901-3403
14089550       +KML Law Group, P.C.,   BNY Independence Center - Suite 5000,   701 Market Street,
                 Philadelphia, PA 19106-1538
14089553       +LVNV Funding/Web Bank,   P.O. Box 1269,   Greenville, SC 29602-1269
14089552       +Lower Bucks County joint Municipal Autho,   7811 New Falls Road,   Levittown, PA 19055-1014
14089554       +Middletown Anesthesia,   1201 Langhorne Newtown Rd,   Langhorne, PA 19047-1201
14089558        North Shore Agency-NBW/Bradford Exchange,   P.O. Box 9205,   Old Bethpage, NY 11804-9005
14089559       +One Main Financial,   Levittown Town Center,   187 Kenwood Dr N, Ste C,
                 Levittown, PA 19055-2460
14089562        PECO Energy,   PO Box 13436,   Philadelphia, PA 19162-0439
14089560       +Patricia Ryan,   38 Green Lynne Dr,   Levittown, PA 19057-3223
14089563       +Pennsylvania Turnpike Commission,   Violations Processing Center,   300 East Park Dr,
                 Harrisburg, PA 17111-2729
14089564        Phillips & Cohen,   Mail Stop 661,   1004 Justison St,   Wilmington, DE 19801-5148
14089567        RMCB/Lenox Corp,   P.O. Box 1235,   Elmsford, NY 10523-0935
14089566       +Retro Fitness,   4595 New Falls Rd,   Levittown, PA 19056-3004
14089569        St Mary Medical Center,   P.O. Box 822679,   Philadelphia, PA 19182-2679
14089570        Verizon,   P.O. Box 650584,   Dallas, TX 75265-0584
14089571        X-Out,   P.O. Box 2011,   Harlan, IA 51593-0226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: blackslaw@comcast.net Apr 25 2018 02:06:34      STANTON M. LACKS,
                 Lacks & Associates,   3220 Tillman Drive, Suite 114,   Bensalem, PA  19020
tr             +E-mail/Text: bncnotice@ph13trustee.com Apr 25 2018 02:07:46      WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,   P.O. Box 1229,   Philadelphia, PA 19105-1229
smg             E-mail/Text: bankruptcy@phila.gov Apr 25 2018 02:07:20      City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 25 2018 02:06:49
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 25 2018 02:07:16      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 25 2018 02:07:06      United States Trustee,
                 Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
14089529        EDI: TSYS2.COM Apr 25 2018 05:58:00      Barclays Bank Of DE,   P.O. Box 8803,
                 Wilmington, DE 19899-8803
14089530       +E-mail/Text: bankruptcy@cavps.com Apr 25 2018 02:07:14      Calvary Portfolio Svcs/HSBC,
                 500 Summit Lake Dr, Ste 4A,   Valhalla, NY 10595-2323
14089531       +EDI: CAPITALONE.COM Apr 25 2018 05:58:00      Capital One,   P.O. Box 30281,
                 Salt Lake City, UT 84130-0281
14091532       +E-mail/Text: bankruptcy@cavps.com Apr 25 2018 02:07:14      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-1340
14089533        EDI: WFNNB.COM Apr 25 2018 05:58:00      Comenity Bank / Victoria's Secret,   PO Box 182273,
                 Columbus, OH 43218-2273
14089535       +EDI: CONVERGENT.COM Apr 25 2018 05:58:00      Convergent Outsourcing/Stonebury,   800 SW 39th St,
                 Renton, WA 98057-4975
14089543        EDI: AMINFOFP.COM Apr 25 2018 05:58:00      First Premier Bank,   P.O. Box 5529,
                 Sioux Falls, SD 57117-5529
14089544       +EDI: AMINFOFP.COM Apr 25 2018 05:58:00      First Premier Bank,   3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
14089545        EDI: CBS7AVE Apr 25 2018 05:58:00      Homevisions,   1112 7th Ave,   Monroe, WI 53566-1364
14089547        E-mail/Text: jmerrill@inspirefcu.org Apr 25 2018 02:07:56      Inspire Federal Credit Union,
                 2104 Bath Road,   Bristol, PA 19007
14089548        EDI: JEFFERSONCAP.COM Apr 25 2018 05:58:00      Jefferson Capital,   16 Mceland Rd,
                 Saint Cloud, MN 56303-2198
14089551        EDI: CBSKOHLS.COM Apr 25 2018 05:58:00      Kohl's/Capital One,   P.O. Box 3115,
                 Milwaukee, WI 53201-3115
```

```
District/off: 0313-2          User: dlv              Page 2 of 2                   Date Rcvd: Apr 24, 2018
                              Form ID: 309I          Total Noticed: 55

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14089555       +EDI: MID8.COM Apr 25 2018 05:58:00      Midland Funding,    2365 Northside Drive,
                 San Diego, CA 92108-2709
14089556       +EDI: MID8.COM Apr 25 2018 05:58:00      Midland Funding/Fingerhunt,    8875 Aero Dr, Ste 200,
                 San Diego, CA 92123-2255
14089557        EDI: NAVIENTFKASMSERV.COM Apr 25 2018 05:58:00       Navient,    P.O. Box 9533,
                 Wilkes-Barre, PA 18773-9533
14089561       +E-mail/Text: bankruptcygroup@peco-energy.com Apr 25 2018 02:06:45       PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14090717       +EDI: PRA.COM Apr 25 2018 05:58:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14089565       +EDI: PRA.COM Apr 25 2018 05:58:00      Portfolio Recovery/Synchrony Bank,
                 120 Corporate Boulevard,    Norfolk, VA 23502-4952
14089568        E-mail/Text: jennifer.chacon@spservicing.com Apr 25 2018 02:07:57
                 Select Portfolio Servicing,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
14089539        EDI: USBANKARS.COM Apr 25 2018 05:58:00       Elan Financial Services,    P.O. Box 108,
                 St Louis, MO 36166-9801
                                                                                                TOTAL: 26

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14089532*        Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
                                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2018 at the address(es) listed below:
              J. TODD BUCKLEY SAVARESE    on behalf of Creditor    Inspire Federal Credit Union
               todd@savareselaw.com, toddsav@verizon.net
              STANTON M. LACKS    on behalf of Joint Debtor Joyel  Ryan blackslaw@comcast.net,
               lackssr67746@notify.bestcase.com
              STANTON M. LACKS    on behalf of Debtor James W. Ryan, Jr. blackslaw@comcast.net,
               lackssr67746@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **James W. Ryan Jr.** | Social Security number or ITIN xxx–xx–6660 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Joyel Ryan** | Social Security number or ITIN xxx–xx–0356 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13   4/12/18 |
| Case number: | 18–12420–amc | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | James W. Ryan Jr. | Joyel Ryan |
| 2. | **All other names used in the last 8 years** | | aka Joy Ryan |
| 3. | **Address** | 38 Green Lynne Drive<br>Levittown, PA 19057 | 38 Green Lynne Drive<br>Levittown, PA 19057 |
| 4. | **Debtor's attorney**<br>Name and address | STANTON M. LACKS<br>Lacks & Associates<br>3220 Tillman Drive, Suite 114<br>Bensalem, PA 19020 | Contact phone 215–245–8440<br>Email: blackslaw@comcast.net |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M  Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 4/24/18 |

**For more information, see page 2**

Official Form 309I               Notice of Chapter 13 Bankruptcy Case                    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 6, 2018 at 1:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/5/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 6/21/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 10/9/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of 1480.50 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**6/26/18** at **10:00 AM**, Location: **Courtroom #5, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |