**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                        Chapter 13

                        Bankruptcy No. 18-12420-AMC

JAMES W RYAN, JR.
JOYEL RYAN
38 GREEN LYNNE DRIVE

LEVITTOWN, PA 19057

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAMES W RYAN, JR.
    JOYEL RYAN
    38 GREEN LYNNE DRIVE

    LEVITTOWN, PA 19057

Counsel for debtor(s), by electronic notice only.

    STANTON M LACKS ESQ
    3220 TILLMAN DRIVE
    SUITE 114
    BENSALEM, PA 19020

                                                /S/ William C. Miller

Date: 7/31/2018                                          _____

                                                           William C. Miller, Esquire
                                                           Chapter 13 Standing Trustee