UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  **Joyel Ryan and James W. Ryan Jr.** | : No. 18-12420-amc |
| | : |
| | : **Chapter 13** |
| **Deutsche Bank NTC as Trustee** | : |
| | : |
| v. | : |
| | : |
| **Joyel Ryan and James W. Ryan Jr.** | : |

Response to Motion for Relief filed by **Deutsche Bank NTC as Trustee**

Debtor, by and through his attorney, responds as follows:

1-6.    Admitted.

7-12    Denied.  Strict proof thereof is demanded at trial.  Debtor has recently returned to work and can now make the payments.  Debtor has since made some payments and Movant has refused additional payments and has miscalculated the amount due.  Movant is adequately protected since there is equity in the real estate and the real estate is necessary for an effective reorganization.

WHEREFORE, it is respectfully requested that the Motion be DENIED.

By:    /S/Michael P. Kelly
402 Middletown Blvd.
Suite 202
Langhorne, Pa. 19047
215-741-1100
mpk@cowanandkelly.com