```
005118
CO.    FILE    DEPT.   CLOCK   NUMBER
LEQ   015205  140100   NESH    0033562303   1
```

**Earnings Statement**  ADP

STA OF PENNSYLVANIA INC          010-0022
3349 HWY 138, BLDG A, SUITE C
WALL, NJ 07719

Period Ending:   09/22/2018
Pay Date:        09/28/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal:  0
  PA:       N/A

JOYEL L RYAN
38 GREEN LYNNE DRIVE
LEVITTOWN PA 19057

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| | 13.5000 | 52.50 | 708.75 | 1,189.07 |
| **Gross Pay** | | | **$708.75** | 1,189.07 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Hoursworked Act | 52.50 | |

| Earnings by Job | rate | hours | this period |
|---|---|---|---|
| Driver | | | |
| Hometoschool | 13.5000 | 52.50 | 708.75 |

**Statutory**
| | | |
|---|---|---|
| Federal Income Tax | -26.45 | 26.45 |
| Social Security Tax | -43.94 | 73.72 |
| Medicare Tax | -10.28 | 17.24 |
| PA State Income Tax | -21.76 | 36.51 |
| Bristol Twp Income Tax | -3.54 | 3.54 |
| Bristol Twp Local Svc Tax | -2.00 | 2.00 |
| PA SUI/SDI Tax | -0.42 | 0.71 |
| Middletown T Income Tax | | 2.40 |
| Middletown T Local Svc Tax | | 2.00 |

**Net Pay**        $600.36

**Net Check**      $600.36

Your federal taxable wages this period are $708.75

---

STA OF PENNSYLVANIA INC
3349 HWY 138, BLDG A, SUITE C
WALL, NJ 07719

LEG
Payroll check number:
Pay date:

JOYEL L RYAN

# Earnings Statement

**STA OF PENNSYLVANIA INC**
3349 HWY 138, BLDG A, SUITE C
WALL, NJ 07719

007-0022

Period Ending: 09/08/2018
Pay Date: 09/14/2018

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 4
  PA: N/A

JOYEL L RYAN
38 GREEN LYNNE DRIVE
LEVITTOWN PA 19057

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Homeschool | 13.5300 | 35.50 | 480.32 | 480.32 |
| **Gross Pay** | | | **$480.32** | 480.32 |

## Deductions

### Statutory

| | this period | year to date |
|---|---|---|
| Social Security Tax | -29.78 | 29.78 |
| Medicare Tax | -6.96 | 6.96 |
| PA State Income Tax | -14.75 | 14.75 |
| Middletown T Income Tax | -2.40 | 2.40 |
| Middletown T Local Svc Tax | -2.00 | 2.00 |
| PA SUI/SDI Tax | -0.29 | 0.29 |

**Net Pay** $424.14

$424.14

Your federal taxable wages this period are $480.32