IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: James & Joyel Ryan            : CHAPTER 13

                          : 18-12420 - AMC

## CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the Notice and Application for

Compensation upon the debtor(s), the Chapter 13 Trustee, and the U.S. Trustee and I served all

creditors, and all parties in interest with the Notice of Application for Compensation on the **19th** **day**

**of February 2019** by ecf and/or first class mail, postage prepaid.

BY:     /s/*Michael P. Kelly*
     MICHAEL P. KELLY, ESQ.
     202 PENNS SQUARE
     LANGHORNE, PA. 19047
     (215) 741-1100