UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   James & Joyel Ryan                           :    Chapter 13
                                                      :
                                                      :
                    Debtor                            :    Bankruptcy No. 18-12420 AMC

## ORDER

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Michael P. Kelly, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on February 19, 2019 IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtors or any other entity pending further order of this court.

3. A hearing shall be held on __March 12__, 201_9_, at __11:00 am__ in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before __February 22, 2019__

2/19/19

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:   Michael P. Kelly, Esquire
      402 Middletown Blvd.
      Suite 202
      Langhorne, PA 19047

      James Ryan, Jr.
      38 Green Lynne Drive
      Levittown, PA 19057

      Joyel Ryan
      38 Green Lynne Drive
      Levittown, PA 19057

      William C. Miller, Esquire
      Chapter 13 Standing Trustee
      P.O. Box 1229