# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : NO. 18-12420 |
| JAMES W. RYAN, JR. AND | : |
| JOYEL RYAN | : CHAPTER 13 |

### ORDER VACATING DISMISSAL OF THIS CHAPTER 13 CASE

**AND NOW,** this 3rd day of April, 2019 upon consideration of the Motion filed by Michael P. Kelly, Esquire,

**ORDERED**, that the dismissal is VACATED and the case is reinstated, and the Debtors' counsel shall provide notice of this ORDER to all parties that received notice that the case had been dismissed, and it is further

**ORDERED,** that the clerk shall RE-OPEN the case.

BY THE COURT:

BY:_____
The Honorable Ashely M. Chan
Bankruptcy Judge

cc:
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA   19047

U.S. Trustee's Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

James and Joyel Ryan
38 Green Lynne Drive
Levittown, PA 19057