United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12420-amc
James W. Ryan, Jr.                                                      Chapter 13
Joyel Ryan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore            Page 1 of 3          Date Rcvd: Apr 03, 2019
                              Form ID: pdf900            Total Noticed: 69

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 05, 2019.
```
db/jdb         +James W. Ryan, Jr.,    Joyel Ryan,    38 Green Lynne Drive,    Levittown, PA 19057-3223
cr             +Inspire Federal Credit Union,    3 Friends Lane,    Newton, PA 18940-3426
14089528        AR Resources, Inc.,    PO Box 1056,    Blue Bell, PA 19422-0287
14089525        Akron Billing Center,    3585 Ridge Park Dr,    Akron, OH 44333-8203
14089526        Alltran Financial LP,    P.O. Box 610,    Sauk Rapids, MN 56379-0610
14089527       +Angie Thapoung,    Manager, Asset Recovery,    3 Friends Lane,    Newtown, PA 18940-3426
14089529        Barclays Bank Of DE,    P.O. Box 8803,    Wilmington, DE 19899-8803
14107496        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14089534       #+Comprehensive Care Medical Assoc,    1205 Langhorne Newtown Rd, Ste 309,
                 Langhorne, PA 19047-1222
14089535       +Convergent Outsourcing/Stonebury,    800 SW 39th St,    Renton, WA 98057-4927
14089536       +Convergent Outsourcing/Verizon Wireless,    800 SW 39th St,    Renton, WA 98057-4927
14089537        Credit Services/Retro Fitness,    Lanesuite 200,    Piscataway, NJ 08854
14089538        Dynamic Recovery Services,    P.O. Box 25759,    Greenville, SC 29616-0759
14096503        EMERGENCY ASSOCIATES OF LOWER BUCKS,    WAKEFIELD AND ASSOCIATES,    PO BOX 50250,
                 KNOXVILLE,TN 37950-0250
14089540       +Elan Financial ServicesVacation Break,    P.O. Box 108,    St Louis, MO 63166-0108
14089541        Emergency Care Services Of PA, P.C.,    PO Box 740021,    Cincinnati, OH 45274-0021
14089542       +Emergency Services of Lower Bucks,    501 BAth Road,    Bristol, PA 19007-3101
14089544       +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
14089543        First Premier Bank,    P.O. Box 5529,    Sioux Falls, SD 57117-5529
14089546       +Illinois Tollway,    P.O. Box 5544,    Chicago, IL 60680-5491
14089549        Joseph J Devenuto Jr PC,    485 North Main St,    Doylestown, PA 18901-3403
14089550       +KML Law Group, P.C.,    BNY Independence Center - Suite 5000,    701 Market Street,
                 Philadelphia, PA 19106-1538
14105006       +LBCJMA,    78 New Falls Road,    Levittown, Pa 19054
14089552       +Lower Bucks County joint Municipal Autho,    7811 New Falls Road,    Levittown, PA 19055-1014
14181494       +Michael P. Kelly, Esquire,    402 Middletown Blvd.,    Suite 202,    Langhorne, Pa. 19047-1818
14089554       +Middletown Anesthesia,    1201 Langhorne Newtown Rd,    Langhorne, PA 19047-1201
14110436        Navient Solutions, LLC. on behalf of,    Educational Credit Management Corporatio,
                 PO BOX 16408,    St. Paul, MN 55116-0408
14089558        North Shore Agency-NBW/Bradford Exchange,    P.O. Box 9205,    Old Bethpage, NY 11804-9005
14089559       +One Main Financial,    Levittown Town Center,    187 Kenwood Dr N, Ste C,
                 Levittown, PA 19055-2460
14089562        PECO Energy,    PO Box 13436,    Philadelphia, PA 19162-0439
14089560       +Patricia Ryan,    38 Green Lynne Dr,    Levittown, PA 19057-3223
14089563       +Pennsylvania Turnpike Commission,    Violations Processing Center,    300 East Park Dr,
                 Harrisburg, PA 17111-2729
14089564        Phillips & Cohen,    Mail Stop 661,    1004 Justison St,    Wilmington, DE 19801-5148
14089567        RMCB/Lenox Corp,    P.O. Box 1235,    Elmsford, NY 10523-0935
14089566       +Retro Fitness,    4595 New Falls Rd,    Levittown, PA 19056-3004
14089569        St Mary Medical Center,    P.O. Box 822679,    Philadelphia, PA 19182-2679
14089539       ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                (address filed with court:  Elan Financial Services,    P.O. Box 108,    St Louis, MO 36166-9801)
14089571        X-Out,    P.O. Box 2011,    Harlan, IA 51593-0226

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Apr 04 2019 02:37:03      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 04 2019 02:36:33
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 04 2019 02:37:02      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 04 2019 02:37:50      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14124598        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2019 02:37:43
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14089530       +E-mail/Text: bankruptcy@cavps.com Apr 04 2019 02:36:57      Calvary Portfolio Svcs/HSBC,
                 500 Summit Lake Dr, Ste 4A,    Valhalla, NY 10595-2323
14089531       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 04 2019 02:37:51      Capital One,
                 P.O. Box 30281,    Salt Lake City, UT 84130-0281
14091532       +E-mail/Text: bankruptcy@cavps.com Apr 04 2019 02:36:58      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14089533        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 04 2019 02:36:29
                 Comenity Bank / Victoria's Secret,    PO Box 182273,    Columbus, OH 43218-2273
14126075        E-mail/Text: jennifer.chacon@spservicing.com Apr 04 2019 02:37:34
                 Deutsche Bank National Trust Company, et al,    c/o Select Portfolio Servicing, Inc.,
                 P.O. Box 65250,    Salt Lake City, UT 84165-0250
```

```
District/off: 0313-2          User: JEGilmore           Page 2 of 3                   Date Rcvd: Apr 03, 2019
                              Form ID: pdf900           Total Noticed: 69
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

```
14089545       E-mail/Text: bankruptcy@sccompanies.com Apr 04 2019 02:37:34     Homevisions,    1112 7th Ave,
                 Monroe, WI 53566-1364
14089547       E-mail/Text: jmerrill@inspirefcu.org Apr 04 2019 02:37:26     Inspire Federal Credit Union,
                 2104 Bath Road,    Bristol, PA 19007
14089548       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 04 2019 02:36:56     Jefferson Capital,
                 16 Mcleland Rd,    Saint Cloud, MN 56303-2198
14089551       E-mail/Text: bncnotices@becket-lee.com Apr 04 2019 02:36:20     Kohl's/Capital One,
                 P.O. Box  3115,    Milwaukee, WI 53201-3115
14124642       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2019 02:37:54
                 LVNV Funding, LLC its successors and assigns as,    assignee of Bluestem Brands, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14089553      +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 04 2019 02:37:43
                 LVNV Funding/Web Bank,     P.O. Box  1269,    Greenville, SC 29602-1269
14089555      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 04 2019 02:36:49     Midland Funding,
                 2365 Northside Drive,    San Diego, CA 92108-2709
14109647      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 04 2019 02:36:49     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14089556      +E-mail/Text: bankruptcydpt@mcmcg.com Apr 04 2019 02:36:49     Midland Funding/Fingerhunt,
                 8875 Aero Dr, Ste 200,    San Diego, CA 92123-2255
14089557       E-mail/PDF: pa_dc_claims@navient.com Apr 04 2019 02:37:42     Navient,    P.O. Box 9533,
                 Wilkes-Barre, PA 18773-9533
14111069       E-mail/PDF: cbp@onemainfinancial.com Apr 04 2019 02:37:50     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14089561      +E-mail/Text: bankruptcygroup@peco-energy.com Apr 04 2019 02:36:28     PECO,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14110320      +E-mail/Text: bankruptcygroup@peco-energy.com Apr 04 2019 02:36:28     PECO Energy Company,
                 2301 Market Street,    S4-1,    Philadelphia, PA 19103-1380
14114500       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2019 02:37:42
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14090717      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2019 02:37:53
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14089565      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 04 2019 02:38:04
                 Portfolio Recovery/Synchrony Bank,    120 Corporate Boulevard,    Norfolk, VA 23502-4952
14122493      +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 04 2019 02:36:56     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14121953       E-mail/Text: bnc-quantum@quantum3group.com Apr 04 2019 02:36:32
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
14089568       E-mail/Text: jennifer.chacon@spservicing.com Apr 04 2019 02:37:34     Select Portfolio Servicing,     P.O. Box 65450,    Salt Lake City, UT 84165-0450
14111425      +E-mail/Text: bankruptcy@sccompanies.com Apr 04 2019 02:36:16     Stoneberry,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14089570       E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 04 2019 02:36:17
                 Verizon,    P.O. Box 650584,    Dallas, TX 75265-0584
                                                                                              TOTAL: 31

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14089532*       Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2019                                    Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: JEGilmore           Page 3 of 3           Date Rcvd: Apr 03, 2019
                              Form ID: pdf900           Total Noticed: 69
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 3, 2019 at the address(es) listed below:
              J. TODD BUCKLEY SAVARESE    on behalf of Creditor    Inspire Federal Credit Union
               todd@savareselaw.com, toddsav@verizon.net
              MICHAEL P. KELLY    on behalf of Debtor James W. Ryan, Jr. mpkpc@aol.com,
               r47593@notify.bestcase.com
              MICHAEL P. KELLY    on behalf of Joint Debtor Joyel  Ryan mpkpc@aol.com,
               r47593@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-5, Asset-Backed Certificates,
               Series 2006-5 bkgroup@kmllawgroup.com
              STANTON M. LACKS    on behalf of Joint Debtor Joyel  Ryan blackslaw@comcast.net,
               lackssr67746@notify.bestcase.com
              STANTON M. LACKS    on behalf of Debtor James W. Ryan, Jr. blackslaw@comcast.net,
               lackssr67746@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                             TOTAL: 8
```

# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  :  NO. 18-12420
JAMES W. RYAN, JR. AND  :
JOYEL RYAN  :  CHAPTER 13

### ORDER VACATING DISMISSAL OF THIS CHAPTER 13 CASE

**AND NOW,** this 3rd day of April, 2019 upon consideration of the Motion filed by Michael P. Kelly, Esquire,

**ORDERED**, that the dismissal is VACATED and the case is reinstated, and the Debtors' counsel shall provide notice of this ORDER to all parties that received notice that the case had been dismissed, and it is further

**ORDERED,** that the clerk shall RE-OPEN the case.

BY THE COURT:

BY: _____
The Honorable Ashely M. Chan
Bankruptcy Judge

cc:
Michael P. Kelly, Esquire
Suite 202 - Penn's Square
402 Middletown Blvd.
Langhorne, PA    19047

U.S. Trustee's Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller
P.O. Box 1229
Philadelphia, PA 19105

James and Joyel Ryan
38 Green Lynne Drive
Levittown, PA 19057