UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: James W Ryan and  : **No. 18-12420**
Joyel Ryan  : **CHAPTER 13**

## CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, hereby certify that no answer, objection or other responsive pleading was received in response to Counsel's Application for Compensation.

BY: /s/ Michael P. Kelly
MICHAEL P. KELLY, ESQ.
202 PENNS SQUARE
LANGHORNE, PA. 19047