# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-12420-AMC

JAMES W RYAN, JR.
JOYEL  RYAN
38 GREEN LYNNE DRIVE

LEVITTOWN, PA 19057

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    JAMES W RYAN, JR.
    JOYEL  RYAN
    38 GREEN LYNNE DRIVE

    LEVITTOWN, PA 19057

Counsel for debtor(s), by electronic notice only.

    MICHAEL P. KELLY
    402 MIDDLETOWN RD., SUITE 202
    202 PENN SQUARE
    LANGHORNE, PA 19047-

Date: 8/15/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee