**UNITED STATES BANKRUPTCY COURT FOR THE**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| RE: | : BKY. NO. 18-12420 AMC |
| JAMES W. RYAN, JR. AND | : |
| JOYEL RYAN | : CHAPTER 13 |

<u>ORDER</u>

Upon consideration of the Application for Compensation and Reimbursement of Expenses for Michael P. Kelly, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on February 19, 2019 IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation Chapter 13 plan payments held by the Chapter 13 Trustee shall not revest in the Debtors or any other entity pending further order of this Court.

3. A hearing shall be held on _November 5_, 2019 at _11:00 a.m._ in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before _October 19_, 2019.

Dated: October 15, 2019

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:  Michael P. Kelly, Esquire
402 Middletown Blvd., Ste. 202
Langhorne, PA 19047

James Ryan, Jr.
38 Green Lynne Drive
Levittown, PA 19057

Joyel Ryan
38 Green Lynne Drive
Levittown, PA 19057

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105