**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

RE:                                          :   BKY. NO. 18-12420
JAMES W. RYAN, JR. and                       :
JOYEL RYAN                                   :   CHAPTER 13

CERTIFICATION OF SERVICE

I, Michael P. Kelly, Esquire, hereby certify that I served a copy of the Order

Dismissing Chapter 13 and Setting Deadline for Application for Allowance of

Administrative Expenses upon all priority creditors, all secured creditors, the Chapter 13

Trustee, the United States Trustee and on all other creditors and parties of interest on

the17[th] day of October, 2019, by electronic mail and/or first class mail, postage prepaid.

October 17, 2019                    /s/ Michael P. Kelly
                                    Michael P. Kelly, Esquire
                                    Attorney for Debtor(s)
                                    Suite 202 - Penn's Square
                                    402 Middletown Blvd.
                                    Langhorne, PA    19047
                                    (215) 741-1100
                                    fax (215) 741-4029
                                    Email:   mpk@cowanandkelly.com

## SERVICE LIST

James and Joyel Ryan – by regular mail
38 Green Lynne Drive
Levittown, PA 19057

U.S. Trustee's Office - by CM/ECF
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

William C. Miller - by CM/ECF
P.O. Box 1229
Philadelphia, PA 19105

Deutsche Bank National Trust Co. – by CM/ECF
c/o Rebecca Solarz, Esquire
KML Law Group, PC
Suite 5000 – BNY Mellon Independence Ctr.
701 Market Street
Philadelphia, PA 19106

Inspire Federal Credit Union – by CM/ECF
c/o J. Todd Savarese, Esquire
80 N. 2nd St. Pike
Churchville, PA 18901

Synchrony Bank – by CM/ECF
c/o PRA Receivables Mgmt., LLC
P.O. Box 41021
Norfolk, VA 23541

Cavalry SPV I, LLC - by regular mail- Claims Docket
500 Summit Lake Drive, Suite 400
Valhalla, NY 10595

Emergency Associates of Lower Bucks - by regular mail- Claims Docket
Wakefield and Associates
P.O. Box 50250
Knoxville, TN 37950-0250

LBCJMA - by regular mail- Claims Docket
78 New Falls Road
Levittown, PA 19055

Capital One, NA - by regular mail- Claims Docket
c/o Becket and Lee LLP
P.O. Box 3001
Malvern, PA 19355-0701

Midland Funding, LLC - by regular mail- Claims Docket
P.O. Box 2011
Warren, MI 48090

PECO Energy Company - by regular mail- Claims Docket
2301 Market Street, S4-1
Philadelphia, PA 19101

Navient Solutions, LLC on behalf of - by regular mail- Claims Docket
Educational Credit Management Corp.
P.O. Box 16408
St. Paul, MN 55116-0408

OneMain - by regular mail- Claims Docket
P.O. Box 3251
Evansville, IN 47731-3251

Stoneberry - by regular mail- Claims Docket
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

Portfolio Recovery Associates, LLC - by regular mail- Claims Docket
P.O. Box 41067
Norfolk, VA 23541

Midland Funding, LLC - by regular mail- Claims Docket
P.O. Box 2011
Warren, MI 48090

Quantum3 Group, LLC as agent for - by regular mail- Claims Docket
MOMA Funding, LLC
P.O. Box 788
Kirkland, WA 98083-0788

Premier Bankcard, LLC - by regular mail- Claims Docket
Jefferson Capital Systems LLC Assignee
P.O. Box 7999
Saint Cloud, MN 56302-9617

Ashley Funding Services, LLC its successors and – by regular mail
Assigns as assignee of Bluestem Brands, Inc.
Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Deutsche Bank National Trust Company, et al – by regular mail
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, UT 84165-0250

Inspire Federal Credit Union – by regular mail
3 Friends Lane
Newtown, PA 18940-3426

AR Resources, Inc. – by regular mail
P.O. Box 1056
Blue Bell, PA 19422-0287

Akron Billing Center – by regular mail
3585 Ridge Park Dr.
Akron, OH 44333-8203

Alltran Financial LP – by regular mail
P.O. Box 610
Sauk Rapids, MN 56378-0610

Angie Thapoung – by regular mail
Manger, Asset Recovery
3 Friends Lane
Newtown, PA 18940-3426

Barclays Bank of DE – by regular mail
P.O. Box 8803
Wilmington, DE 19899-8803

Capital One – by regular mail
P.O. Box 30281
Salt Lake City, UT 84130-0281

Comenity Bank/Victoria's Secret – by regular mail
P.O. Box 182273
Columbus, OH 43218-2273

Comprehensive Care Medical Assoc. – by regular mail
1205 Langhorne-Newtown Rd., Ste. 309
Langhorne, PA 19047-1222

Convergent Outsourcing/Stonebury – by regular mail
800 SW 39th Street
Renton, WA 98057-4975

Credit Services/Retro Fitness – by regular mail
Lanesuite 200
Piscataway, NJ 08854

Dynamic Recovery Services – by regular mail
P.O. Box 25759
Greenville, SC 29616-0759

US Bank – by regular mail
P.O. Box 5229
Cincinnati, OH 45201-5229

Elan Financial Services Vacation Break – by regular mail
P.O. Box 108
St. Louis, MO 63166-0108

Emergency Care Services of PA, PC – by regular mail
P.O. Box 740021
Cincinnati, OH 45274-0021

Emergency Services of Lower Bucks – by regular mail
501 Bath Road
Bristol, PA 19007-3101

First Premier Bank – by regular mail
3820 N. Louise Avenue
Sioux Falls, SD 57107-0145

First Premier Bank – by regular mail
P.O. Box 5529
Sioux Falls, SD 57117-5529

Homevisions – by regular mail
1112 7th Avenue
Monroe, WI 53566-1364

Illinois Tollway – by regular mail
P.O. Box 5544
Chicago, IL 60680-5491

Joseph J. Devenuto, Jr. PC – by regular mail
485 North Main St
Doylestown, PA 18901-3403

Kohls/Capital One – by regular mail
P.O. Box 3115
Milwaukee, WI 53201-3115

LVNV Funding/Web Bank – by regular mail
P.O. Box 1269
Greenville, SC 29602-1269

Middletown Anesthesia – by regular mail
1201 Langhorne Newtown Rd.
Langhorne, PA 19047-1201

Midland Funding – by regular mail
2365 Northside Drive
San Diego, CA 92108-2709

Midland Funding, LLC – by regular mail
P.O. Box 2011
Warren, MI 48090-2011

Midland Funding/Fingerhut – by regular mail
8875 Aero Dr., Ste. 200
San Diego, CA 92123-2255

Navient – by regular mail
P.O. Box 9533
Wilkes-Barre, PA 18773-9533

North Shore Agency-NBW/Bradford Exchange – by regular mail
P.O. Box 9205
Old Bethpage, NY 11804-9005

OneMain – by regular mail
P.O. Box 3251
Evansville, IN 47731-3251

One Main Financial – by regular mail
Levittown Town Center
187 Kenwood Dr., N. Ste. C
Levittown, PA 19055-2460

PECO – by regular mail
2301 Market St., S4-1
Philadelphia, PA 19103-1380

PA Turnpike Commission – by regular mail
Violations Processing Center
300 East Park Dr.
Harrisburg, PA 17111-2729

Phillips & Cohen – by regular mail
Mail Stop 661
1004 Justison St
Wilmington, DE 19801-5148

RMCB/Lenox Corp – by regular mail
P.O. Box 1235
Elmsford, NY 10523-0935

Retro Fitness – by regular mail
4595 New Falls Road
Levittown, PA 19056-3004

St. Mary Medical Center – by regular mail
P.O. Box 822679
Philadelphia, PA 19182-2679

Verizon – by regular mail
P.O. Box 650584
Dallas, TX 75265-0584

X-Out – by regular mail
P.O. Box 2011
Harlan, IA 51593-0226