UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: James W Ryan, Jr.  and         : No. 18-12420 amc
       Joyel Ryan                              : CHAPTER 13

## CERTIFICATION OF NO RESPONSE

I, Michael P. Kelly, Esquire, hereby certify that no other party has asserted an entitlement to the allowance of administrative expense pursuant to 11 USC Section 503(b) within the time specified and that no answer, objection or other responsive pleading was received in response to the Order to Retain Jurisdiction.

BY: /s/ Michael P. Kelly
     MICHAEL P. KELLY, ESQ.
     202 PENNS SQUARE
     LANGHORNE, PA. 19047